UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Michael D. Damron,

Petitioner,

vs. ORDER

The Head of the State Corrections of Minnesota, and the Warden of the Department of Corrections - Saint Cloud,

Respondents. Civ. No. 01-2369 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 4th day of January, 2002.

* * *

The Petitioner has filed a Petition for a Writ of Habeas Corpus which claims that he is being illegally detained, by the Respondents, for reasons which are violative of his rights under the Constitution, laws, or treaties, of the United States. The Petitioner is currently incarcerated at the Minnesota Correctional Facility in St. Cloud, Minnesota, as a result of his conviction, in May of 1997, on a conditional plea of guilty, to five Counts of Tampering with or Damaging a Public Service (Class C Felony), and to one Count of Possession of Stolen Property (Class B Felony). See, Petition for Post-Conviction Relief, at 1-2, Ex. A attached to

(3)

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Petition for Writ of Habeas Corpus ("Petition"). The Petitioner was sentenced to ten years of incarceration for the Class B Felony, and to five years of incarceration for each of the Class C Felonies, with all of the sentences to run concurrently. Id. at 2. For reasons not wholly clear, the Petitioner is serving his sentence in Minnesota, even though his plea acceptance, and resultant sentencing, occurred in a North Dakota State Court.

Since the Petitioner's Habeas challenge does not address the conditions of his confinement in Minnesota, but the North Dakota legal proceedings which led to his conviction and sentence, we question the propriety of this Court addressing the issues presented in this Petition. Accordingly, we will afford the parties an opportunity to simultaneously brief whether jurisdictionally, or as a matter of convenience, or comity, this action should not be transferred to the United States District Court for the District of North Dakota for further review.

NOW, THEREFORE, the parties are directed to file, by **no later than February 4, 2002**, a reasoned memorandum of law and fact which fully states their respective positions as to the need to, or the

desirability of, transferring this matter to the United States District Court for the District of North Dakota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE