UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Michael D. Damron,

Petitioner,

vs.

ORDER

The Head of the State Corrections of Minnesota, and the Warden of the Department of Corrections - Saint Cloud,

Respondents.

Civ. No. 01-2369(RHK/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Clerk of Court is directed to immediately transfer this action to the United States District Court for the District of North Dakota, pursuant to Title 28 U.S.C. §1404(a).

BY THE COURT:

Judge Richard H. Kyle
United States District Court

DATED: 3/20/02
At St. Paul, Minnesota

MAR 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK